# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gregory B. Clark, being first duly sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent (SA) with the United States Department of Homeland Security (hereinafter DHS), Homeland Security Investigations (hereinafter HSI), Office of Investigations. I am currently assigned to the HSI office in Pensacola, Florida, in the Northern District of Florida. I have been employed as a Special Agent since March 2002. During this time, I have conducted and assisted with numerous local, national, and international investigations related to the possession, receipt and distribution of child pornography and other offenses involving the exploitation of children.

2. As part of my duties as an HSI Special Agent, I have attended the Federal Law Enforcement Training Center (FLETC), where I received training in the investigation of child pornography violations. I have also received specialized training from the Internet Crimes Against Children Task Force (ICAC) on conducting online/internet investigations.

3. The statements contained in this affidavit are based on my experience, training, and background as an HSI Special Agent, as well as the statements of other investigators. I have set forth the facts that I believe are necessary to establish probable cause to believe that **Richard Dwight WATERSON II** received, distributed, and/or possessed child pornography in interstate commerce, in violation of Title 18, United States Code, Sections 2252 and 2252A, and that he attempted to entice a minor in

1

violation of Title 18, United States Code, Section 2422(b). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## DETAILS OF THE INVESTIGATION

4. On or about May 19, 2016, the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Resident Agent in Charge (RAC) Pensacola received information from Investigator Mike Spadafora, a HSI Task Force Officer (TFO) in Cocoa Beach, Florida, and hereafter referred to as TFO, who was acting in an undercover capacity on a website blog for people interested in incest.

5. On or about January 13, 2016, the TFO placed a post/blog in the blog section of a free public website that caters to persons that have a sexual interest in incest. The post reads as follows: "I was wonder if anybody in these incest site are into real incest or just talking about it. I live the lifestyle and haven't been able to find anyone else out there like us. We belong to a number of lifestyle sites but never really ran across others. Lol maybe I should start my own website." On or about May 17, 2016, the TFO observed that a person named "Richard W." (RICHARD) appeared to have posted/blog on May 10, 2016. RICHARD wrote "unlikely I'll even get any positive replies to this, but who knows: 46 year old guy, divorced and living in the Florida panhandle. I'm here to see if my hope can be made real and to see if I'm just deluding myself by thinking there might be women out there who just might be interested in incest and in starting an openly sexual, incestual family from the very beginning, being openly sexual around the children and involving them in the sex in some manner from birth. Local (us) women only please! If you have an issue with sex offenders, pedophiles or child pornography, do

2

us both a favor and just step on to the next profile. I am on Florida state probation until 2021, unable to leave the area I currently live in." After reading this post/blog, the TFO responded and wrote "hey Richard was your response to my blog. Thanks for answering it. I been having a problem getting on this website and couldn't answer you. If your serious about starting a family hit us up I have a 13 yo girl and was looking for other who enjoyed young. We also live in Florida."

6. On or about May 18, 2016, the TFO received a response from RICHARD who said he was very serious and was having difficulties because he was on probation until 2021. RICHARD said he couldn't have contact with minors "but if all involved is willing to be cautious until then, I'm interested. I'm on Facebook and Yahoo messenger (dharkhon)." The TFO replied that was a long way off and he (the TFO) had a 13 year old he was active with. The TFO said he really wasn't looking for something that far in the future and said he also had Yahoo and provided his undercover Yahoo name to RICHARD. The TFO said they also lived in Florida and they weren't sure what he (RICHARD) was looking to do, however they understood about being cautious. RICHARD advised since he just got out of prison about a year ago, he was being watched. RICHARD advised as time went on that he hoped they would "relax" some on him. RICHARD said he was hoping to find an adult woman or someone with a "child/teen" who was willing to take the time with him. RICHARD said he figured he still has 5 years "of this crap to deal with" and said he could be patient or give up on the idea. The TFO replied and told RICHARD, if he was serious he (the TFO) had family in the area where RICHARD lived, "but understood." RICHARD replied and said "like I said I'm dead serious about this." RICHARD advised he had to be very cautious for the

3

time being and he had searched for 26 years. RICHARD said this should tell you "how serious I am." The TFO once again reminded RICHARD of the child's age by saying "wow bro guess ur serious being my girl is 13 we also have to be very cautious and discreet." The TFO said they always look for others like them and was surprised to see that he lived in Crestview. The TFO said he had family that lived there and they lived by the Wal-Mart. The TFO informed RICHARD that they lived in Cocoa and visited Crestview often. RICHARD responded and said he lived in Crestview, in the center of town. RICHARD told the TFO if he had family up there that was into incest "pass the word that a local is looking for someone to start an family with." The TFO told RICHARD that his family had no idea about his 13 year old baby girl and how he shared her. RICHARD told the TFO "[w]hen you get up this way send a message, I'll see what I can do about meeting someplace if you want." RICHARD said he lived with his family so going to his place is out. The TFO told RICHARD that they usually stayed at a hotel off Interstate 10. The TFO told RICHARD that would be cool about meeting and further told RICHARD he (the TFO) was straight. It should be noted during this portion of the chat conversation RICHARD sent the TFO a friend request on Yahoo messenger. RICHARD replied that he was straight as well. From this point forward the conversation continued utilizing Yahoo messenger.

7. A review of the profile page for RICHARD on the blog site indicates that he lives in Crestview, Florida, was born on May 9, 1970, and is divorced. He also states that he is 45 years old, an ex-felon doing six years of probation, and is unable to leave the State of Florida. A profile picture was also attached to the account displaying a middle aged white male. The TFO ran a facial recognition program on the profile picture that

4

matched the Florida Driver and Vehicle Information Database (DAVID) driver's license photograph of **Richard Dwight WATERSON II (WATERSON)** with the same date of birth and an address in Crestview, Florida.

8. On or about March 18, 2016, the TFO received a Yahoo friend request from **WATERSON** using the Yahoo name "dharkhon". The TFO accepted the friend request and the following electronic conversation ensued:

- **WATERSON**: Hey from the church capital of the state lol
- TFO: hey is this the dude from crestview
- **WATERSON**: Yup
- TFO: hey bro mark here
- **WATERSON**: Richard, but I'm sure you figured that out lol
- TFO: yea hows it going nice to meet u
- **WATERSON**: Nice to find someone that's real and not just a talker
- TFO: same we are very real. so your also into young
- **WATERSON**: Yeah, the younger the better, IMO. Though right now not so much lol
- TFO: why
- **WATERSON**: Why not so much right now? My probation
- TFO: o yeah that sucks bro
- **WATERSON**: 5 years and that goes away, just is a long time to wait
- TFO: Yeah. Like u under house arrest
- **WATERSON**: Not really, GPS monitor, and I've got limits on certain places, like I can't be around schools or parks/playgrounds but other than that, not a lot of restrictions. Biggest 2 is not supposed to talk to minors and I have a night time curfew
- TFO: o ok thats cool lol so probably not a good idea we meet
- **WATERSON**: We can meet, just have to be careful
- TFO: definately bro be cool. We are very discreet.
- **WATERSON**: Would have to be, with the rest of the family unaware
- TFO: yeah they don't know about our lifestyle, my girl get out of school next week and was plann on coming up that way. they want to have a little party for her since she just got out of 8th grade and is going into high school next year
- **WATERSON**: Cool a kind of graduation party
- TFO: Yeah.
- **WATERSON**: BTW, no I'm not asking for anything to happen when we meet, though I won't say no if it does lol
- TFO: well what would you want to do with her i could ask if you want
- **WATERSON**: Would mostly depend on time and location, plus if she's even interested, but at least mutual oral

5

- TFO: nice well we get a room up to you you just want oral lol
- WATERSON: Lol I'd love to slide deep into her, personally, but that's up to you and her
- TFO: i sure she would be ok with that you would have to wear a condom tho
- WATERSON: Yuck, lol but yeah I knew that. I prefer without, but I can understand
- TFO: ok cool bro should be fun
- WATERSON: She a squealer when she cums?
- TFO: lol yeah bro makes all kinds of noises lol
- WATERSON: Cool, had a few of the quiet type women, couldn't get in the mood much.
- TFO: lol yeah but they were 13 now were they lol
- WATERSON: Lol true, they were adults
- TFO: lol. you want to make browny points with her
- WATERSON: How?
- TFO: she loves m&ms if you bring a bag of them she would really like you
- WATERSON: Lol wonder if the green ones work for her like rumor says
- TFO: lol what rumor
- WATERSON: That green m&ms are aphrodisiacs
- TFO: lol i forgot about that lol
- WATERSON: <grin>
- TFO: glad you hit me up you seem like a cool dude
- WATERSON: like I said, been searching for 25-26 years, it's nice to find the rare ones that are rea. real*
- TFO: awesome!!!!
- WATERSON: I'm in 6 or 7 group's on Facebook and it's wall to wall fakes, players and chatters, when it's not middle easterners
- TFO: so i'll talk to Amber tonight so all ya want to do is oral and fuck her
- WATERSON: Well, not all, but let that be a start anyways
- TFO: lol tell me what elese bro
- WATERSON: Put simply, anything and everything she'll let me do to her, and her respond in kind. Oral, facial, fingerings, fucking and anything else she's willing to do
- TFO: thats so cool bro, like we stay at the holiday inn is that a problem if you can't make it it's cool. i always tell Amber not to get her hopes up cause most times it doesn't work out
- WATERSON: The one here in Crestview? (it's not holiday Inn anymore though)
- TFO: by the cracker barrell its been awhile since we were up
- WATERSON: Wait, I think there's a holiday inn express right there, I barely pay any attention to it lol
- TFO: you had me thinking i was nuts lol
- WATERSON: I keep forgetting about that one lol when we moved here, there wasn't a lot south of the interstate. That was way back in '86
- TFO: ok well thats where we'll probably stay
- WATERSON: That's cool then, not a problem for me
- TFO: cool i'll tell Amber. are you working or home don't want to keep you

6

- **WATERSON**: Honestly, I'd like a relationship, but I don't want to get between the 2 of you if there's something there. I'm at home
- TFO: what kind of relationship im not the jealous kind
- **WATERSON**: A close and serious one. Would unfortunately have to be long distance most of the time, and patient, but
- TFO: like where do you see this going
- **WATERSON**: Where I'd like it to go, if you and she are agreeable, is her be my girlfriend and lover when up here and later on maybe more
- TFO: sound cool with me
- **WATERSON**: I just don't want to step on anyone's toes if there is already something between the two of you
- TFO: no no worries
- **WATERSON**: ok
- TFO: so i'll talk to her tonight and if you want hit me up tomorrow up to you bro
- **WATERSON**: OK, I'm online all the time (usually) but not always near my tablet
- TFO: ok hit me up
- **WATERSON**: will do
- TFO: ttyl
- **WATERSON**: Later dude

9. Between on or about May 18, 2016, and on or about June 7, 2016, the TFO and **WATERSON** had additional conversations on Yahoo messenger regarding sexual contact with the TFO's 13 year old fictitious daughter Amber. In addition, the TFO and **WATERSON** agreed to set up a meeting on Wednesday, June 8, 2016, at 10:00 am, at a restaurant in Crestview, Florida. The purpose of the meeting was for **WATERSON** to meet the TFO before going to a local hotel for **WATERSON** to engage in sexual activity with Amber, the 13 year old girl. **WATERSON** informed the TFO he did not have a driver's license and would have to walk to the restaurant.

10. A review of **WATERSON's** criminal record indicates that he is a registered sexual offender with the State of Florida following a conviction in 2012 for numerous counts of possession of child pornography. **WATERSON** was sentenced to 4 years' incarceration followed by 6 years of probation. He was released from prison in May 2015 and is currently on sex offender probation until May 2021.

7

11. On or about May 19, 2015, SA Clark spoke with **WATERSON**'s probation officer (PO), Christopher Wilkinson. According to PO Wilkinson, he is prohibited from having any pornographic material, no interaction with children without being supervised, no access to the internet, and to avoid schools, playgrounds, or other areas where children congregate. PO Wilkinson stated that **WATERSON** is on GPS monitoring and that he is currently unemployed and lives at home with his mother in Crestview, Florida. PO Wilkinson also stated that **WATERSON** has a laptop computer in his room and that he reportedly only plays video games from CDs and is not allowed to access the internet.

12. On or about May 23, 2016, SA Greg Clark was contacted by OCSO Investigator (Inv.) Mike Evans regarding a National Center for Missing and Exploited Children (NCMEC) Cyber Tipline Report (#8408795) related to a subject believed to be **Richard WATERSON II** of Crestview, Florida. According to the Tipline Report 8408795, Google forwarded information that on or about February 13, 2016, one of its subscribers with the user name of dharkhon@gmail had uploaded a file, named "nena.avi," to Google Drive that was believed to be child pornography. The Internet Protocol (IP) address that was used by dharkhon@gmail to facilitate the upload of the CP was 98.170.225.142.

13. Inv. Evans provided SA Clark with a State of Florida subpoena that was issued to Cox Communications on or about May 6, 2016 (Cox is the provider of the Internet Protocol Address (IP Address) for 98.170.225.142). According to the response received from Cox Communications on or about May 21, 2016, the IP address,

8

98.170.225.142, has been assigned to **WATERSON**'s residence in Crestview, Florida from June 19, 2015, until at least May 22, 2016.

14. Inv. Evans also provided SA Clark with a copy of the child pornography video received from Google that was uploaded to Google Drive using the account dharkhon@gmail.com and the IP address 98.170.225.142. The filename of the video is reported as, "nena.avi." SA Clark reviewed the 6-minute video and notes that it portrays a minor female child who appears to be between 6 – 8 years of age. In the video the minor child is being penetrated vaginally by an adult male with his penis, in the backseat of a car.

15. On or about June 2, 2016, **WATERSON** sent the TFO an instant message, which said "Question would you happen to have any pictures of Amber that are more intimate, perhaps you and her together?" The TFO told **WATERSON** he did have those types of pictures but it was too risky to send them. The TFO said he was bringing his laptop computer and would share the pictures if **WATERSON** brought a thumb drive. **WATERSON** said he did not have a thumb drive, but would bring his tablet and said he transferred "stuff" from laptop to tablet all the time. The TFO told **WATERSON** "lol bro up to you, you can see them in real life." **WATERSON** replied "Oh I plan to, just wanted a sneak peek, kind of an appetizer lol." The TFO told **WATERSON** that his daughter was asking if he still wanted to meet her. **WATERSON** said "Been doing nothing but thinking about it wishing I could be with her openly." The TFO told **WATERSON** that they would have to be careful. **WATERSON** replied "Most definitely it's VOP and prison for me but as long as she wants me and you are OK with me and her having a family eventually, it's worth the chance. Life is nothing without risk." The TFO

9

told **WATERSON** all should be good, because they would not say anything. The TFO then asked **WATERSON** if he wanted the TFO to tell Amber anything and "she like to hear what you wanna do, also would you mind if I just watched." **WATERSON** said, I definitely want her, touch her all over tease her with my mouth and tongue, let her take me into her mouth a little later slide into her and fill her with my cum. **WATERSON** said he was good with the TFO watching as long as the TFO stood off to the side. **WATERSON** stated, "Reminds me since she's interested in a family too is she OK with me not using a condom." The TFO told **WATERSON** the daughter was ok with that as long as he was "ddf" (drug disease free). **WATERSON** advised he was clean and the conversation soon ended.

16. On or about June 7, 2016, the TFO and **WATERSON** confirmed their meeting for Wednesday, June 8, 2016, at 10:00 am, at the restaurant in Crestview, Florida.

17. On or about June 8, 2016, approximately 8:20 am, agents observed **WATERSON** walking towards the restaurant in Crestview, Florida, which approximately 3 miles from **WATERSON's** residence. At approximately 9:30 am, **WATERSON** arrived at the restaurant and met with the TFO. During their conversation, the TFO told **WATERSON** Amber was at the local hotel. In addition, **WATERSON** spoke via the telephone to an undercover officer playing the role of Amber. After the telephone conversation, **WATERSON** confirmed that he was ready to meet and have sex with Amber. **WATERSON** and the TFO proceeded to walk to the hotel. Once **WATERSON** entered the hotel parking lot, he was taken into custody and transported to

10

the Crestview police station. **WATERSON** had a cellular phone and tablet computer in his possession.

18. At the police station, **WATERSON** was read his *Miranda* warnings and he waived his rights. Post *Miranda*, he confirmed he met the TFO on social media and communicated with him over the past few weeks. The conversations, mostly on Yahoo messenger, were about **WATERSON** having sex with and starting a relationship with the TFO's 13 year old daughter Amber. In addition, **WATERSON** confirmed the email accounts dharkhon@gmail and dharkhon@yahoo.com were his email accounts. Furthermore, **WATERSON** said the purpose of their meeting on June 8, 2016, was for him to have sexual intercourse with Amber and to start a relationship. **WATERSON** said he had viewed child pornography since he was released from prison in May 2015 and also emailed child pornography images to his cellular phone. He said he has had an interest in child pornography for "decades." In addition, he said images of child pornography would be found on his cellular telephone and tablet computer, and on a laptop computer at his residence. **WATERSON** gave consent for agents to search his cellular telephone, but not his tablet. A search of the cellular telephone revealed approximately two images of child pornography.

## CONCLUSION

19. Based on the above, I have probable cause to believe that **Richard Dwight WATERSON II** received, distributed, and/or possessed child pornography in interstate commerce, in violation of Title 18, United States Code, Sections 2252 and 2252A, and that he attempted to entice a minor in violation of Title 18, United States Code, Section 2422(b).

_____
Gregory B. Clark
Special Agent
Homeland Security Investigations


Subscribed and sworn before me on this __8__ day of June, 2016.

_____
Charles J. Kahn, Jr.
United States Magistrate Judge